**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG -6 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSA

UNITED STATES OF AMERICA
v.
NICHOLAS HARVEY

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:11cr00209-015 JM
USM No. 26535-009

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Special & General   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Special (1) | Failure to participate in the residential reentry | 07/15/2014 |
| 2 - Special | Failure to pay special penalty assessment | 04/08/2015 |
| 3 - General | Violation of federal, state, or local crime | 04/14/2015 |
| 4 - General | Possession of a firearm, or any other dangerous weapon | 04/14/2015 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3508

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:
West Helena, Arkansas

07/29/2015
_____
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR        U.S. District Judge
_____
Name and Title of Judge

8/6/15
_____
Date

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: NICHOLAS HARVEY
CASE NUMBER: 4:11cr00209-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**TWENTY-FOUR (24) MONTHS with no supervised release to follow**

☑ The court makes the following recommendations to the Bureau of Prisons:

1.) The Court recommends that the defendant be placed the Butler, North Carolina Bureau of Prisions facility or in an appropriate Bureau of Prisons facility considering his mental capacity.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL